**Order entered November 14, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01447-CV

**PRIMESTAR CONSTRUCTION, INC., Appellant**

**V.**

**CITY OF DALLAS, TEXAS, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-05460**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on November 28, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     MOLLY FRANCIS
         PRESIDING JUSTICE